## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| STANLEY E. JOHNSON, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | CIVIL NO. 05-cv-667-DRH |
| vs. | ) | |
| | ) | CRIMINAL NO. 02-cr-30117 |
| UNITED STATES of AMERICA , | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

### MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Before the Court is Petitioner's notice of appeal and request for issuance of a certificate of appealability (Docs. 5, 6). Pursuant to 28 U.S.C. § 2253, a certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." Further, Section 2253(c)(3) provides: "The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2)."

The Court dismissed this § 2255 motion as time-barred; the Court also noted that Petitioner waived his right to challenge his sentence on appeal or in a post-conviction collateral challenge. In the instant motion, Petitioner presents no specific grounds for this Court to issue a certificate of appealability, and the Court finds that Petitioner has not made "a substantial showing of the denial of a constitutional right." Accordingly, the motion for a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

**DATED:   March 15, 2006.**

/s/   David   RHerndon
**DISTRICT JUDGE**